UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:17-cr-00024-JMS-CMM |
| | ) | |
| PHILLIP E. CALDWELL (01), | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING AMENDED REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Craig McKee's Report and Recommendation dkt. [23] recommending that Phillip Caldwell's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge McKee's Report and Recommendation dkt. [23]. The Court finds that Mr. Caldwell committed Violation Numbers 1-4 & 6 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [9]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Caldwell is sentenced to the custody of the Attorney General or his designee for a period of ten (10) months imprisonment with no supervised release to follow. The Court recommends placement at FCI Elkton, Ohio.

Date: 11/8/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system
United States Probation Office, United States Marshal